**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **GYRODATA INCORPORATED,** § | |
| § | |
| **Plaintiff,** § | |
| § | **Civil Action No. 6:20-cv-00566-ADA** |
| v. § | |
| § | |
| **SCIENTIFIC DRILLING** § | **JURY TRIAL DEMANDED** |
| **INTERNATIONAL, INC.,** § | |
| § | |
| **Defendant.** § | |
| § | |
| § | |
| § | |

## AGREED ORDER GRANTING PLAINTIFF'S REQUESTED DISCOVERY

On January 3, 2022 the Court heard oral argument regarding the parties' discovery dispute. Accordingly, the Court **GRANTS** Plaintiff's requests and Defendant is hereby ORDERED to produce the following information by January 21, 2022:

- Information sufficient to understand all US and foreign sales and performance of the DuraSet service.

- Information sufficient to understand Defendant's accounting practices for its international sales of the DuraSet service.

- Information related to moving and/or exporting the DuraSet service and related products and services overseas, including communications regarding such moving/exportation.

1

- The information provided shall include information from Defendant's subsidiary, Scientific Drilling Controls Limited.

ENTERED this the 11th day of January, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE